No. 11–5578.  BRADICA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5579.  BABAKAEVA v. WILSON & WILSON, P. C.  Sup. Ct. Va.  Certiorari denied.

No. 11–5581.  BRIZUELA-RAMOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5582.  ROSA v. MARTINEZ, SECRETARY, NEW MEXICO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–5583.  SMITH v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–5584.  CARDON-CORTEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–5586.  CHAMPION v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 11–5587.  DREWRY v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 11–5588.  DIAZ-OROZCO, AKA ORTEGA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5589.  QUIGLEY v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 11–5590.  MOELLER v. HARRIS, ATTORNEY GENERAL OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5595.  ROSSI v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 11–5596.  SNOW v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5598.  BLOUNT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5599.  BERRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.